IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT AT MEMPHIS, TENNESSEE

**MAURICE B. TOLAN**

      Plaintiff,

vs.    Docket No.: 052304

**FRANCIS J. HARVEY
SECRETARY OF THE ARMY,**

      Defendant.

FILED IN OPEN COURT
DATE: 9/15/05
TIME: 10:25 am
INITIALS: __

### CONSENT ORDER TO SUBSTITUTE COUNSEL FOR PLAINTIFF

Comes now, Joree G. Brownlow, and moves this Court for permission to substitute counsel for Defendant, and Patricia A. Odell, who moves this Court to withdraw as counsel for the above mentioned party in this cause, and it appears to the Court that the motion should be granted.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** by the Court that:

Joree G. Brownlow be and she is hereby permitted to substitute for the above mentioned party in this cause.

Patricia A. Odell be and she is hereby allowed to withdraw for the above mentioned party in this cause.

_____
Judge

Date: September 15, 2005

_____
Assistant United States Attorney
Joree G. Brownlow

_____
Patricia A. Odell

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-16-05

6

## CERTIFICATE OF SERVICE

On the ____14th____ day of September, 2005 I make oath that I have sent the above motion to the following via first class US Mail and facsimile to:

*Joyce H Brownlow*

Joyee G. Brownlow
1444 Gillham Dr., Ste. 200
Memphis, TN 38134

Assistant United States Attorney


Pamela A. Odell, BPR _____
1374 Madison Ave.
Memphis, TN 38104

Date:_____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02304 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Patricia A. Odell
LAW OFFICE OF PATRICIA ODELL
1374 Madison Ave.
Memphis, TN 38104

Joree Brownlow
LAW OFFICE OF JOREE G. BROWNLOW
1444 Gillham Dr.
Ste. 200
Bartlett, TN 38134

Honorable Jon McCalla
US DISTRICT COURT